NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT SINCLAIR LEE, DOC #T15204, )
                       )
       Appellant,        )
                       )
v.                      )     Case No. 2D18-3147
                       )
STATE OF FLORIDA,      )
                       )
       Appellee.         )
                       )

Opinion filed June 5, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Christopher C. Nash,
Judge.

PER CURIAM.

          Affirmed.

LaROSE, C.J., and KELLY and ROTHSTEIN-YOUAKIM, JJ., Concur.